# United States Bankruptcy Court
## Southern District of Ohio

In re  **Robert Lee Jakeway**       Case No. **2:14-bk-56341**
Debtor(s)      Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number:  xxx-xx-3378

**My (Our) Former Mailing Address and Telephone Number was:**

Name: **Robert Lee Jakeway**

Street: **14211 Plamer Rd S.W**

City, State and Zip: **Etna, OH 43068**

Telephone #:

**Please be advised that effective September 10, 2015,
my (our) new mailing address and telephone number is:**

Name: **Robert Lee Jakeway**

Street: **125 Cumberland Way**

City, State and Zip: **Pataskala, OH 43062**

Telephone #: **614-403-1275**

/s/ Robert Lee Jakeway
**Robert Lee Jakeway**
Debtor